JS-6
Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ANTHONY ANAYA,  )  Case No. EDCV 12-1503 RNB
)
Plaintiff, )
)  **J U D G M E N T**
vs. )
)
CAROLYN W. COLVIN, Acting )
Commissioner of Social Security, )
)
Defendant. )

In accordance with the Order Affirming Decision of Commissioner filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: May 16, 2013

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE